UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No.  2:23-cr-215 (1)

**Mahad Jama**

COURTROOM   MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | 11/20/2023 at 1:45 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Noah Litton |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Soma Dutta |
| INTERPRETER: |  | Pretrial/Probation | Leticia Vazquez-Villa |

Initial Appearance

-Dft completed CJA financial affidavit, Counsel appointed.
-Dft advised of rights, charges, and potential penalties
-Dft waived right to a detention hearing at this time
-Government advised of Due Process Protections Act Order
-Dft remanded